# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO.: 1:15-cv-02051-CC |
| v. ) ) | |
| WATERSIDE PROPERTIES, LLC ) and PAUL H. ROBINSON, JR., ) ) | |
| Defendants. ) | |

## **DEFAULT JUDGMENT**

Plaintiff Branch Banking & Trust Company ("BB&T") filed a Verified Complaint for Damages for Breach of Contract on June 8, 2015, seeking entry of a judgment against Defendants Waterside Properties, LLC ("Waterside Properties") and Paul H. Robinson, Jr. ("Robinson"), jointly and severally, in the total amount of $1,147,817.95, which includes $845,754.74 in unpaid principal, interest and fees and $302,063.21 in attorneys' fees, plus post-judgment interest at the legal rate. Defendant Waterside Properties was served with process on June 10, 2015. Defendant Robinson waived service of process on November 9, 2015.

Defendants Waterside and Robinson having failed to plead or otherwise defend this action, and default having been duly entered, it is hereby:

ORDERED AND ADJUDGED that a default judgment be entered in favor of Plaintiff BB&T and against Defendants Waterside Properties and Robinson, jointly and severally, in the amount of $1,147,817.95, which represents unpaid principal, interest, and attorneys' fees, plus post-judgment interest at the legal rate until the judgment is satisfied.

This 29th day of _____February_____, 2016.

By: s/ CLARENCE COOPER

Prepared By:

By: /s/ Julie E. Adkins
Robert R. Ambler, Jr.
State Bar No. 014462
Jennifer S. Collins
State Bar No. 436806
Julie E. Adkins
State Bar No. 871742
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363-1017
Phone: (404) 872-7000
rambler@wcsr.com
jennifer.collins@wcsr.com
jadkins@wcsr.com

*Attorneys for Branch Banking & Trust Company*